[No. 17910-9-III.    Division Three.    October 26, 1999.]

MARVIN H. SOLBERG, *Respondent*, v. STEVEN M. HEEB, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Adams County, No. 98-2-00051-5, Richard W. Miller, J., entered September 21, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 18477-3-III.    Division Three.    October 26, 1999.]

*In the Matter of the Personal Restraint of* JAMES G. WOODCOCK, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18495-1-III.    Division Three.    October 26, 1999.]

*In the Matter of the Personal Restraint of* JESSIE JESUS CORTES, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 43147-1-I.    Division One.    October 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA K. FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01124-2, Faith Ireland, J., entered August 3, 1998. *Reversed* by unpublished per curiam opinion.

[No. 17174-4-III.    Division Three.    October 28, 1999.]

*In the Matter of the Marriage of* CYNTHIA RIPLEY, *Respondent*, and TERRY RIPLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-3-00285-7, John M. Lyden, J., entered December 10, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.